IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE FOR THEIR MINOR DAUGHTER, H.S. *Plaintiffs* | § § § § § | |
| V. | § | CIV. ACT. NO. :09-CV-374-TH |
| | § § | |
| SILSBEE INDEPENDENT SCHOOL DISTRICT, et al *Defendants* | § § § § | |

## ORDER REGARDING PLAINTIFFS RESPONSE TO DEFENDANTS MOTION FOR ATTORNEY'S FEES AND COSTS, AND MOTION TO STAY PENDING APPEAL

Came on to be heard the Plaintiff's Response and Motion to Stay the Defendants' Motion for Attorney's Fees and Costs, and Motion to Stay Pending Appeal; and having considered same, it is GRANTED/ Denied.