IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| C. AND C.S., FOR THEIR MINOR DAUGHTER H.S. Plaintiffs | § § § § | |
| v. | § § | C.A. NO. 1:09-cv-374 |
| SILSBEE INDEP. SCH. DIST., SUP'T. RICHARD BAIN, JR., PRIN. GAYE LOKEY, SISSY McINNIS, DAVID SHEFFIELD, CHRISTIAN ROUNTREE, and RAKHEEM BOLTON Defendants. | § § § § § § § | |

## RESPONSE TO COURT ORDER

TO THE SAID HONORABLE COURT:

COME NOW Defendants Silsbee Independent School District ("SISD") and Richard Bain, Jr. ("Bain"), by their attorney, and make and file this their Response to the Court's Order regarding the award of attorney fees and costs, and would show unto the Court:

1. By Order filed February 23, 2010 [Clerk Document No. 56], the Court awarded attorney's fees and costs to Defendants SISD and Bain from Plaintiffs in the cause above numbered and styled.

2. In its Order the Court directed Defendants to submit the following additional information to support their attorney's fees and costs claims: attorneys' time records to establish the compensable time at issue; evidence of the appropriate hourly rate; and evidence documenting the costs incurred.

3. The Order required Defendants to furnish the requested supporting information on or before March 5, 2010.

4. Accordingly, attached hereto and incorporated by reference are these Defendants' monthly invoices relating to this suit for the period July 1, 2009 through February, 2010, together with an affidavit by Wells Peyton law firm Office Manager/ Bookkeeper Stacy Bordages authenticating each attorney's time records and invoices, with attorney fees and costs; and two (2) affidavits from Beaumont attorneys Patricia D. Chamblin and Michael L. Baker, acknowledging that the hourly rates charged by Defendants' counsel in this case are those customarily charged in this area for the same or similar services by attorneys of comparable experience, reputation and ability, considering the nature of the controversy, the time limits imposed, and the results obtained compared with results in similar cases.

5. Counsel for these Defendants aver that Wells Peyton law firm and Tanner Hunt have represented Silsbee ISD continuously for 34 years.

6. Further, Defendants' documentation establishes that, since the Court entered Final Judgment on October 23, 2009 [Docket No. 47], these Defendants have incurred additional attorneys fees which now total $11,079.50, and $108.00 in additional costs, as authenticated in the exhibits attached hereto and incorporated by reference.

WHEREFORE, PREMISES CONSIDERED, Defendants Silsbee Independent School District and Richard Bain, Jr. pray that the Court award to them attorney fees and costs from Plaintiffs, based on the evidence attached and incorporated herein, in the total amounts of $47,938.25 and $747.50, respectively, pursuant to the Court's Order filed February 23, 2010, in accordance with 42 U.S.C. § 1988, as amended.

Respectfully submitted,

WELLS, PEYTON, GREENBERG
    & HUNT, L.L.P.

/s/ *Tanner T. Hunt, Jr.*

By:_____
    Tanner T. Hunt, Jr.
    Texas Bar No. 10294000
    Frances R. Broussard
    Texas Bar No. 2405521
    P. O. Box 3708
    Beaumont, Texas  77704
    (409) 838-2644
    (409) 838-4713

ATTORNEYS FOR DEFENDANTS
SILSBEE INDEPENDENT SCHOOL
DISTRICT AND RICHARD BAIN, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2010, this document was electronically filed with the Clerk of the Court of the U.S. District Court, Eastern District of Texas, using the electronic filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice by electronic means, in compliance with Local Rule CV-5(a) of the U.S. District Court of the Eastern District of Texas.

/s/ *Tanner T. Hunt, Jr.*
_____
Tanner T. Hunt, Jr.