IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE FOR THEIR MINOR DAUGHTER, H.S.<br>*Plaintiffs* | § § § § § | |
| V. | § | CIV. ACT. NO. :09-CV-374-TH |
| | § § | |
| SILSBEE INDEPENDENT SCHOOL DISTRICT, et al<br>*Defendants* | § § § § | |

**PLAINTIFFS NOTICE OF APPEAL OF ORDERS, DOCUMENTS 64, 65, AND 66**

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiffs John Doe and Jane Doe for their minor daughter H.S. and file this their Notice of Appeal of Orders, Documents 64, 65, and 66 entered on March 17, 2010.

    Respectfully submitted,
    WATTS & ASSOCIATES
    /S/ LW

    Larry Watts
    SBN 20981000
    P.O. Box 2214
    Missouri City, TX 77459
    Phone (281) 431-1500
    Facsimile (281) 431-1298
    Wattstrial@gmail.com

## **CERTIFICATE OF SERVICE**

I, Larry Watts certify that a true and correct copy of this document has been served on opposing counsel by filing with the United States District Clerk's CM/ECF filing system on this the 29th day of March, 2010 .

/S/ LW<br>
Larry Watts