IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOHN DOE AND JANE DOE, FOR THEIR MINOR DAUGHTER, HS, *Plaintiffs* | § § § § |
| v. | §  CIV. ACT. NO. :09-CV-374-TH § |
| SILSBEE INDEPENDENT SCHOOL DISTRICT, et al., *Defendants* | § § § § |

**UNOPPOSED MOTION FOR LEAVE TO REDACT PORTIONS OF PLAINTIFFS' OPPOSED [SECOND] MOTION TO STAY ENFORCEMENT OF DISTRICT COURT'S ORDERS , DOCUMENTS 64 AND 65, ASSESSING AGAINST PLAINTIFFS ATTORNEY'S FEES AND COSTS PENDING APPEAL**

Plaintiffs, John and Jane Doe, for their minor daughter, HS ("Plaintiffs"), file this motion for leave to redact their Opposed [Second] Motion to Stay Enforcement of District Court's Orders, Documents 64 and 65, Assessing Against Plaintiffs Attorney's Fees and Costs Pending Appeal ("Motion to Stay"), and respectfully redact the following:

1. Paragraph 4, page 3 of Plaintiffs' Motion to Stay, by deleting the last sentence of the paragraph, which begins, "In the most recent order of the court . . . ," and ends, "Tanner Hunt and Frances Broussard."

2. Paragraph 19, page 8 of Plaintiffs' Motion to Stay, by deleting paragraph 19 in its entirety, beginning with "19. Further, as related to

. . . ," and ending with "John W. Newton, III of the firm Newton & Kebodeaux."

The two sections listed above were included in an earlier draft of the Motion to Stay, and were inadvertently included in the final copy. Plaintiffs filed this motion as soon as they became aware of the error. Plaintiffs pray that the Court will grant their motion for leave to redact their Motion to Stay.

Respectfully submitted,

WATTS & ASSOCIATES,


By: /S/ LW
Larry Watts
S.B.N. 20981000, 7092
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (281) 431-1298
E-mail: wattstrial@gmail.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF CONFERENCE**

I, Larry Watts, certify that I conferred with opposing counsel, Tanner Hunt, via e-mail on March 30, 2010. Tanner Hunt is not opposed to this motion.

I, Larry Watts, certify that I conferred with opposing counsel, John W. Newton III, via e-mail on March 30, 2010. John W. Newton III is not opposed to this motion.

/S/ LW
Larry Watts

## **CERTIFICATE OF SERVICE**

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via electronic filing with the clerk's CM/ECF system on this, the 30th of March, 2010.

/S/ LW
Larry Watts