

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| C. and C.S., for their minor daughter, H.S., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:09-CV-374-TH |
| SILSBEE INDEPENDENT SCHOOL DISTRICT, et al, | § § § § | JURY |
| Defendants. | § | |

## ORDER

Before the Court is the *Plaintiffs' Opposed Motion to Stay Proceedings to Enforce Award of Attorney's Fees and Costs Pending Appeal* [Clerk's Docket No. 67], filed on March 29, 2010. On April 7, 2010 the Court entered an order that it would grant the requested stay of enforcement proceedings upon Plaintiffs' filing a reduced *supersedeas* bond for $1,061.44. This amount represented only the taxable costs Plaintiffs owed Defendants, the prevailing parties, under Rule 54(d)(1) of the Federal Rules of Civil Procedure. The Court gave Plaintiffs until April 23, 2010 to file the bond. They have not done so.

Wherefore, it is **ORDERED** that *Plaintiffs' Opposed Motion to Stay Proceedings to Enforce Award of Attorney's Fees and Costs Pending Appeal* [Clerk's Docket No. 67] is hereby **DENIED**.

It is further **ORDERED** that *Defendant's Motion to Strike* [Clerk's Docket No. 63] is **DENIED**

as moot.

**SO ORDERED**.

**SIGNED** this the 29 day of **April, 2010.**

_____
Thad Heartfield
United States District Judge