

**Laurence Watts**
<wattstrial@gmail.com>
07/01/2010 01:02 PM

To debbie_collazo@txed.uscourts.gov
cc
bcc
Subject  Doe v. Silsbee ISD Record Request

To the Clerk of the Court:

Please send the record in Case No. 09-cv-374-TH to Larry Watts, 6140 Hwy. 6, Missouri City, Texas 77459. The Fed Ex account number is

Thank you,

Larry Watts

--
Larry Watts
Watts & Associates
Civil Rights Lawyers
P.O. Box 2214
Missouri City, Texas 77459
Telephone: 281-431-1500
Fax: 281-431-1298
Privileged, Confidential or Attorney Work Product Information may be contained in, or attached to this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy, forward, disclose, deliver or otherwise use this message or any part of it in any form whatsoever. If you receive the message in error, you should destroy this message after notifying Larry Watts immediately by replying to this message or contacting me at (281) 431-1500.