## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

John Doe, Jane Doe, H.S.       v. Sisbee I.S.D., et al        No. 09-41075

The Clerk is requested to tax the following costs against: Appellants: John Doe, Jane Doe, H.S.

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 7 | 37 | .15 | $38.85 | 7 | 37 | .15 | 38.85 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Appellee's Sur Reply Federal Express | 7 | 15 | .15 | $15.75 | 7 | 15 | .15 | 15.75 |

Total $ 83.21    $28.61

Costs are taxed in the amount of $ 54.60

Costs are hereby taxed in the amount of $ 54.60   this   13th   day of   October , 2010

State of Texas
County of Jefferson

LYLE W. CAYCE, CLERK

By *Renée K.*

Deputy Clerk

I Larry J. Simmons , do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 27th day of September , 2010 .

(Signature)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for David Sheffield

# BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*, *See* FED. R. APP. P. & 5ᵀᴴ CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

John Doe ; Jane Doe ; H.S. v. Silsbee I. SD. , et al   No. 09-41075

The Clerk is requested to tax the following costs against: Appellants

| COSTS TAXABLE UNDER Fed. R. App. P. & 5ᵗʰ Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | 6 | 43 | $0.15 | $38.70 | 6 | 43 | .15 | 38.70 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 14 | 28 | $0.15 | $58.80 | 14 | 28 | .15 | 58.80 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ 97.50 | | Costs are taxed in the amount of $ 97.60 | | | |

Costs are hereby taxed in the amount of $ 91.50   this   29th   day of   September, 2010

State of Texas
County of Jefferson

LYLE W. CAYCE, CLERK

By Renee Rol
Deputy Clerk

I TANNER T. HUNT JR. , do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 24th day of SEPTEMBER, 2010 .

(Signature)

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for APPELLEES / SILSBEE ISD, RICHARD BAIN, GAYE LOKEY, AND SISSY McINNIS